■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENNY DAVIS, Appellant, v. VINCENT R. MANCUSI, Warden, Respondent.— Order unanimously affirmed. (See *People ex rel. Sedlak* v. *Foster*, 299 N. Y. 291.) (Appeal from order of Wyoming County Court dismissing writ of habeas corpus.) Present — Williams, P. J., Bastow, Goldman, Henry and Marsh, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS N. COLE, Appellant.— Judgment unanimously reversed on the law and facts and a new trial granted. Memorandum: Defendant Cole and two others had been jointly indicted. A preliminary hearing was held to determine the voluntariness of statements made by Cole's codefendants. No statement had been made by Cole. It appeared on the hearing that the confessions of the codefendants seriously implicated Cole in the crimes charged and that the references to him could not be effectively redacted to eliminate resulting prejudice. Cole's motion for a severance, on the ground that it would be highly prejudicial for him to stand trial together with the codefendants, was denied. This was an abuse of discretion. (See *People* v. *Robinson*, 16 A D 2d 184; *People* v. *Feolo*, 282 N. Y. 276.) (Appeal from judgment of Monroe County Court convicting defendant of burglary, third degree.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELTON KENNETH BAST, Appellant.— Judgment and the order entered following hearing as to voluntariness of statements made by defendant as ordered by this court, 24 A D 2d 1074, unanimously affirmed. (Appeal from judgment of Jefferson County Court convicting defendant of criminal negligence and driving while intoxicated. Resubmission to court after order of Jefferson County Court holding that defendant's confession or admissions of the defendant were voluntarily made beyond reasonable doubt, and properly submitted to trial jury for its consideration, and denying certain motions.) Present — Williams, P. J., Goldman, Henry, Del Vecchio and Marsh, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL C. DE BERNARDIS, and DONALD W. MALONEY, Appellants. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD W. MALONEY, Appellant.— Order insofar as appealed from unanimously affirmed. Memorandum: We agree with the conclusion of the trial court that Joseph A. Ryan may not appear as attorney of record for the defendants. It is unnecessary for us to determine, however, whether or not a justiciable issue was presented to the court in the first instance. (Appeal from part of an order of Onondaga County Court denying application for representation by out-of-state attorney.) Present — Williams, P. J., Goldman, Henry, Del Vecchio and Marsh, JJ.

■ MEYER A. KAHN et al., Respondents, v. DOROTHY ARCANGEL, Appellant, et al., Defendants, and ANGOLA SHOPPING CENTER, INC., et al., Intervenors-Respondents.— Motion to dismiss application for leave to appeal to the Court of Appeals denied. Motion for leave to appeal to the Court of Appeals denied. Memorandum: No papers have ever been filed in this court by the appellant on the motion for leave to appeal to the Court of Appeals. However, the appellant's attorney claims he had those papers sent to us and they have now been supplied and have been examined by us. We hereby consider the motion for leave to appeal to the Court of Appeals and deny it. Present — Williams, P. J., Bastow, Goldman, Del Vecchio and Marsh, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOEL SINGER, Appellant.— Motion to dismiss appeal granted; cross motion of defendant denied. (See *People* v. *Harrell*, 282 App. Div. 1051, affd. 307 N. Y. 890; *People* v. *Strauss*, 165 App. Div. 58; *Matter of Montgomery*, 126 App. Div. 72, app. dsmd. 193 N. Y. 659.)